# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

REESHAWN ROBINSON
INDIVIDUALLY AND ON BEHALF
OF MAJOR ROBINSON, MCKENZIE
ROBINSON AND MALAYSIA
ROBINSON

VERSUS

ZURICH INSURANCE COMPANY,
CHAMPAGNE BEVERAGE CO.,
INC., AND TODD HEWSON

NO.   2019 CW 1606

**MAR 1 3 2020**

---

In Re:    Champagne Beverage Co., Inc. and Todd Hewson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 677940.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

**MRT**
**WRC**

   **McDonald, J.,** dissents.

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT